IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDWARD BRENNAN, ANNIE CRAWFORD, KATHLEEN MITTELSTEADT, SUZANNE McGEE, and DEANE STOKES, JR., on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

v.

**AT&T CORP., a New York Corporation,**

**Defendant.**                             No. 04-CV-433-DRH

### ORDER

**HERNDON, District Judge:**

Before the Court is Defendant AT&T Corp.'s motion for leave to file (1) a corrected memorandum in support of its motion to compel arbitration and dismiss and (2) a corrected declaration of Ellen Reid. (Doc. 92.) The corrected documents Defendant seeks to file contain corrections regarding only two background facts and do not affect the merits of Defendant's arguments. Plaintiffs do not oppose Defendant's motion. (Doc. 94.) Therefore, the Court **GRANTS** Defendant's motion. (Doc. 92.) The Court **STRIKES** Defendant's motion to compel arbitration and dismiss and its supporting memorandum (Docs. 87, 88) and **GRANTS LEAVE** to Defendant to refile its corrected motion, memorandum, and

1

attachments. The time Plaintiff has to respond will be calculated from the date Defendant refiles its motion, memorandum, and attachments.

**IT IS SO ORDERED.**

Signed this 7th day of June, 2005.

<u>/s/    David RHerndon</u>
**United States District Judge**
