IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARD BRENNAN, ANNIE
CRAWFORD, and DEANE STOKES, JR.,
on behalf of themselves and all others
similarly situated,

Plaintiffs,

v.

AT&T CORP., a New York Corporation,

Defendant.                                              No. 04-CV-433-DRH

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court on an agreed motion to extend the briefing schedule on Defendant AT&T Corporation's motion to dismiss the third amended class action complaint as to Annie Crawford. (Doc. 226.)  Being fully advised in the premises, the Court **GRANTS** the motion. (Doc. 226.)  Plaintiff's response shall be due on or before September 11, 2007.

**IT IS SO ORDERED.**

**Signed this 4th day of September, 2007.**

/s/      DavidRHerndon
**United States District Judge**