IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDWARD BRENNAN, ANNIE CRAWFORD, and DEANE STOKES, JR.,
on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**v.**

**AT&T CORP., a New York Corporation,**

**Defendant.**                                            No. 04-CV-433-DRH

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court on a second agreed motion to extend the briefing schedule on Defendant AT&T Corporation's motion to dismiss the third amended class action complaint as to Annie Crawford. (Doc. 233.) Being fully advised in the premises, the Court **GRANTS** said motion. (Doc. 233.) Plaintiff's response shall be due on or before September 18, 2007.

**IT IS SO ORDERED.**

Signed this 12th day of September, 2007.

/s/     DavidRHerndon
**United States District Judge**