IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDWARD BRENNAN, ANNIE
CRAWFORD, and DEANE STOKES, JR.,
on behalf of themselves and all others
similarly situated,**

**Plaintiffs,**

v.

**AT&T CORP., a New York Corporation,**

**Defendant.**                                              **No. 04-CV-433-DRH**

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court on the parties' Agreed Motion To Stay Proceedings As To Plaintiff Annie Crawford. (Doc. 238.) Good cause appearing, IT IS HEREBY ORDERED:

1.  The motion is granted. (Doc. 238.)

2.  Proceedings as to the individual claim of Ms. Crawford are hereby stayed.

3.  The parties shall report to the Court on the status of settlement of Ms. Crawford's claim on or before October 9, 2007.

**IT IS SO ORDERED.**

Signed this 19th day of September, 2007.

/s/      DavidRHerndon
**United States District Judge**