UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD BRENNAN, ANNIE CRAWFORD, and DEANE STOKES, JR., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>AT&T CORP., a New York Corporation,<br><br>                    Defendant. | Case No. 04-433-DRH |

## ORDER

This matter comes before the Court on the parties' Second Agreed Motion To Extend The Briefing Schedule On Plaintiffs' Motion For Class Certification Under F.R.C.P. 23(b)(2) and (b)(3). Good cause appearing, IT IS HEREBY ORDERED:
1. The motion is granted.
2. Plaintiffs' reply memorandum in support of the motion for class certification shall be due on or before October 12, 2007.

**IT IS SO ORDERED**

**DATED: October 5, 2007**

/s/     DavidRHerndon
Chief Judge
United States District Court