IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDWARD BRENNAN, ANNIE CRAWFORD, and DEANE STOKES, JR., on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**v.**

**AT&T CORP., a New York Corporation,**

**Defendant.**                                                                 No. 04-CV-433-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on Plaintiffs' Sealed Reply to Response to Motion to Certify Class. (Doc. 245.) The brief section of Plaintiffs' Reply is 15 pages long. According to **Southern District of Illinois Local Rule 7.1(d)** reply briefs shall not exceed 5 pages, Plaintiffs have not sought leave to file a reply in excess of the 5 page limit. Therefore, the Court **STRIKES** Plaintiffs' Reply Brief.

**IT IS SO ORDERED.**

Signed this 15th day of October, 2007.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**