IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDWARD BRENNAN, ANNIE CRAWFORD, and DEANE STOKES, JR.,**
**on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**v.**

**AT&T CORP., a New York Corporation,**

**Defendant.**                                                       **No. 04-CV-433-DRH**

### ORDER

**HERNDON, Chief Judge:**

The Stipulation of Voluntary Dismissal of Plaintiff Annie Crawford's Claim Against Defendant AT&T Corp. having been executed by counsel for Plaintiff and Defendant and filed with this Court (Doc. 256), **IT IS ORDERED** that Plaintiff Annie Crawford's claims against Defendant AT&T are voluntarily dismissed with prejudice. Each party to bear its own costs and attorneys' fees. This action shall remain pending as to the claims brought by Plaintiffs Edward Brennan and Deane Stokes, Jr. on behalf of themselves and/or the putative class.

**IT IS SO ORDERED.**

**Signed this 29th day of October, 2007.**

/s/       DavidRHerndon
**Chief Judge**
**United States District Court**