# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VIRGINIA P. BRENNAN and DEANE STOKES, JR., on behalf of themselves and all others similarly situated, )<br>)<br>)<br>) | |
| Plaintiff, ) | Case No. 04-433 DRH |
| v. ) | |
| AT&T CORP., a New York Corporation, ) | |
| Defendant. ) | |

## ORDER APPROVING DISTRIBUTION OF SETTLEMENT PROCEEDS TO CLAIMANTS AND RESIDUAL *CY PRES* CHARITABLE CONTRIBUTION

On August 5, 2009, Class Counsel filed Class Counsel's Report to the Court re Status of Claims Administration and Request for Final Distribution Order ("Report"). The Report describes the status of claims administration under the class action settlement previously approved in this case, including the money available for distribution to class members, the number of valid claim forms submitted; the number of untimely claims; and the number of timely but otherwise deficient claims. The Report proposes an allocation of the available settlement proceeds among all valid claimants whose claims qualified under AT&T business records consistent with the settlement and the Plan of Allocation previously approved in connection with the settlement. The Report requests entry of an order (i) approving the allocation, (ii) deeming all late claims that have been determined to be invalid by the Claims Administrator and all deficient claims that remain uncured be found invalid and not entitled to any payment under the settlement, and (iii) authorizing the parties to donate the net residual funds remaining after payment of the class claims deemed to be valid and the Claims Administrator fees and expenses to the Youth Consultation Services, The Big Camp Endowment Fund, a New Jersey not-for-profit corporation (qualified as a 501(c)(3) organization)

that provides foster care, vocational and therapeutic support for thousands of children with special needs.

The Court has reviewed the Report and considered the matters set forth therein. Good cause appearing, the Court hereby approves the allocation of the settlement proceeds as set forth in the Report and orders as follows:

1. All defined terms not otherwise defined in this order have the same meaning set forth in the Stipulation of Settlement dated May 23, 2008 ("Stipulation") and the Plan of Allocation.

2. The Report states that the value of all timely claims submitted is $509,127.00 and all untimely but valid claims submitted is approximately $2,700, for combined total of approximately $511,827.00 to be paid for valid claims.

3. The Report identifies 1,057 Claims that are not eligible for compensation under the Settlement for the following reasons: (1) 3 identified telephone numbers that were not located in AT&T business records and were submitted untimely; (2) 781 identified telephone numbers that were not located in AT&T business records; (3) 251 claimants were deficient and never resolved their deficiencies despite the Deficiency Letters mailed by the Claims Administrator requesting information; and (4) 40 claimants were ineligible under the terms of the Settlement.

All claims initially determined to be deficient and that have been cured as of the date of this order are hereby deemed valid and shall be processed and paid as set forth above.

IT IS SO ORDERED.

DATED: August 6, 2009                    /s/       *David R Herndon*
                                          CHIEF JUDGE DAVID R. HERNDON
                                          UNITED STATES DISTRICT COURT